IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARCO SERRANO, on behalf of himself and other similarly situated individuals,<br><br>    Plaintiff,<br><br>v.<br><br>RAPID PALLETS, INC.,<br><br>    Defendant. | Case No. 16 C 7701<br><br>Judge Pallmeyer<br><br>Magistrate Judge Kim |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Marco Serrano stipulates to an entry of an order granting voluntary dismissal of this matter against Defendant Rapid Pallets, Inc. with prejudice and without the assessment of costs and/or attorneys' fees against any party.

Dated: January 30, 2017

            Respectfully submitted,

            s/Alvar Ayala
            ALVAR AYALA
            CHRISTOPHER J. WILLIAMS
            53 W. Jackson Blvd, Suite 701
            Chicago, Illinois 60604
            (312) 795-9121

            Attorney for Plaintiffs